# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 26, 2006

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Nos. 04-3829, 04-3900

| | |
|---|---|
| MICHAEL P. GAFFNEY, THOMAS BELL, EDWARD ANDERSON, et al.,<br>    *Plaintiffs-Appellees*,<br>    *Cross-Appellants*, | Appeals from the United States District Court for the Northern District of Indiana, Hammond Division. |
| *v.* | No. 98 C 10 |
| RIVERBOAT SERVICES OF INDIANA, INCORPORATED, RIVERBOAT SERVICES, INCORPORATED, ROBERT HEITMEIER, et al.,<br>    *Defendants-Appellants*,<br>    *Cross-Appellees*, | Andrew P. Rodovich,<br>*Magistrate Judge*. |
| *v.* | |
| SHOWBOAT MARINA CASINO PARTNERSHIP, SHOWBOAT, INCORPORATED, SHOWBOAT INDIANA, INCORPORATED, et. al.,<br>    *Defendants-Appellants*. | |

# O R D E R

On page 47 of the opinion in this case, footnote 29 is misnumbered; the correct number is footnote 30. The proceeding footnotes should be renumbered from 31 to 45.